**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO RENE ARREGUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>A. JIMENEZ, et al.,<br><br>        Defendants. | Case No. 1:22-cv-1575 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE ACTION<br><br>(Doc. 12) |

Mario Rene Arreguin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. The magistrate judge found Plaintiff failed to exhaust administrative remedies, failed to obey a court order, and failed to prosecute the action. (Doc. 12 at 2-4.) Therefore, the magistrate judge recommended the action be dismissed without prejudice on January 31, 2023. (*Id.* at 4.)

The Court served Plaintiff with the Findings and Recommendations and informed him that any objections must be filed within 14 days. (Doc. 12 at 4.) The Court advised him also that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) More than 14 days have passed, and no objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 31, 2023 (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2023**

UNITED STATES DISTRICT JUDGE